AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Ahmad D. Sakhi Javed <br><br> *Plaintiff(s)* <br> v. <br> Carl Risch, Assistant Secretary for Consular Affairs at the U.S. Department of State; et al <br><br> *Defendant(s)* | Civil Action No. 4:19-cv-03410 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Consul General, U.S. Embassy - Kabul, Afghanistan
Consular Section
U.S. Embassy Kabul
APO, AE  09806 (USA)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gabriel Jack
MJ Law
1625 The Alameda, Suite 315
San Jose, CA 95126

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*